# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-20144
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2018

Lyle W. Cayce
Clerk

PATRICK O'BRIEN MURPHY; BEVERLY MURPHY,

> Plaintiffs-Appellants

v.

HSBC BANK USA, as Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset-Backed Certificates Series 2006-1,

> Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-3278

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

Plaintiffs-Appellants Patrick O'Brien Murphy and Beverly Murphy, proceeding pro se in this protracted litigation that involves the foreclosure of the mortgage against their residence by Defendant-Appellee HSBC Bank USA, seek reversal of the district court's adverse summary judgment. Specifically, the Murphys appeal the district court's Corrected Final Judgment of February 23, 2018, granting summary judgment to HSBC on its

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-20144

Counterclaim and thereby entitling HSBC to a final judgment of judicial foreclosure as the sole source of satisfying the district court's monetary judgment against the Murphys.

We have considered the record on appeal, including without limitation the briefs of the parties, the district court's Opinion and Order, and the magistrate judge's Memorandum and Recommendation. As a result, we are satisfied that the district court's Corrected Final Judgment should be, and hereby is,

AFFIRMED.